THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINSTON NICHOLSON, Appellant.

Submitted July 18, 2005; decided August 25, 2005

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO SILVA, Appellant.

Submitted August 8, 2005; decided August 25, 2005

Motion for reargument and/or to amend the Court of Appeals remittitur dismissed as untimely [see 69 NY2d 858].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKEL WARDLAW, Appellant.

Submitted August 1, 2005; decided August 25, 2005

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203-2723 assigned as counsel to the appellant on the appeal herein.